UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN HUGHES,<br><br>        Plaintiff,<br><br>    v.<br><br>BRANDON KELLY,<br><br>        Defendant. | Case No. 1:24-cv-00660-HBK (PC)<br><br>ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS*<br><br>(Doc. No. 5)<br><br>ORDER DIRECTING PAYMENT OF INMATE FILING FEE BY THE CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION |

      Plaintiff, a prisoner, initiated this action on June 5, 2024, by filing a pro se civil rights complaint pursuant to 42 U.S.C. § 1983. (Doc. No. 1, "Complaint"). Plaintiff seeks leave to proceed *in forma pauperis* on his Complaint (Doc. No. 5) and enclosed a copy of his prison trust fund statement and/or certification from prison officials in support. Plaintiff has made the showing required by § 1915(a) to proceed *in forma pauperis* but remains obligated to pay the full $350.00 statutory filing fees as set forth in 28 U.S.C. § 1915. **Pursuant to § 1915(b)(1)(A), Plaintiff is obligated to make an initial payment of $49.55[1] (20% of the average 6-month deposits to the prisoner's account).** Thereafter, Plaintiff must make monthly payments of 20%

---

[1] The statute requires an initial filing fee of 20% of the greater of the six-months average monthly deposits or average monthly balance. 28 U.S.C. § 1915(b)(1)(A), (B). Plaintiff had $1100.00 in deposits over the relevant six-month period.

of the preceding month's income credited to his trust account. The California Department of Corrections is required to send the initial $49.55 payment to the Clerk of the Court and subsequent payments from Plaintiff's account each time the amount in her account exceeds $10.00, until the statutory filing fee is paid in full. 28 U.S.C. § 1915(b)(2).

ACCORDINGLY, it is **ORDERED**:

1. Plaintiff's motion to proceed *in forma pauperis* (Doc. No. 5) is GRANTED.

2. **The Secretary of the California Department of Corrections, or his designee shall forward an initial payment of $49.55 to the Clerk of the Court from Plaintiff's prison trust account in accordance with 28 U.S.C. § 1915(b)(1)(B) and shall make future monthly payments in an amount equal to twenty percent (20%) of the preceding month's income credited to the Plaintiff's trust account each time the amount in the account exceeds $10.00, in accordance with 28 U.S.C. § 1915(b)(2), until a total of $350.00 has been collected and forwarded to the Clerk of the Court.** The payments shall be clearly identified by the name and number assigned to this action.

3. The Clerk of the Court is directed to serve a copy of this order and a copy of Plaintiff's *in forma pauperis* application on the Secretary of the California Department of Corrections, via the court's electronic case filing system (CM/ECF).

4. The Clerk of the Court is directed to serve a copy of this order on the Financial Department, U.S. District Court, Eastern District of California.

Dated: July 2, 2024

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE