|   |   |
|---|---|
| JONATHAN HUGHES, | No. 1:24-cv-00660-KES-HBK (PC) |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DIMISSING ACTION, WITHOUT LEAVE TO AMEND, FOR FAILURE TO STATE A CLAIM |
| v. | |
| BRANDON KELLY, | Doc. 11 |
| Defendant. | |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

Plaintiff Brandon Kelly is proceeding pro se and in forma pauperis in this prisoner action filed pursuant to 42 U.S.C. § 1983. Docs. 6, 8. This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 30, 2024, the Court screened Plaintiff's complaint, found no cognizable claim, and directed Plaintiff to file an amended complaint, stand on his complaint, or file a notice of voluntary dismissal. Doc. 7. Plaintiff timely filed a first amended complaint ("FAC"). Doc. 8. On October 23, 2024, the magistrate judge screened the FAC and issued findings and recommendations recommending dismissal for failure to state a cognizable claim for relief. Doc. 11. The findings and recommendations were served on Plaintiff and contained notice that objections were to be filed within fourteen (14) days of service. *Id*. at 8–9. Plaintiff has not filed any objections and the time to do so has passed. *See* docket.

In accordance with 28 U.S.C. § 636(b)(1), this Court has conducted a de novo review of

1

this case.  After carefully reviewing the file, the Court finds the findings and recommendations are supported by the record and proper analysis.

Accordingly, it is HEREBY ORDERED:

1. The Findings and Recommendations issued on October 23, 2024, Doc. 11, are ADOPTED IN FULL.
2. This action is DISMISSED without leave to amend.
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:  December 13, 2024

_____
UNITED STATES DISTRICT JUDGE